IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY ASBERRY,<br><br>            Plaintiff,<br><br>   v.<br><br>CALIFORNIA STATE PRISON - SACRAMENTO,<br><br>            Defendant.                              / | No. C 11-04055 SBA (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a state prisoner, has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983 and an application for in forma pauperis status. The acts complained of occurred at California State Prison - Sacramento, which is located in the Eastern District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith. If any other documents are filed by Plaintiff in this case, the Clerk is directed to forward them to the Clerk of the United States District Court for the Eastern District of California.

   IT IS SO ORDERED.

DATED:  9/16/11

                                                                    _____
                                                                    SAUNDRA BROWN ARMSTRONG
                                                                    United States District Judge

G:\PRO-SE\SBA\CR.11\Asberry4055.Transfer.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TONY ASBERRY,

        Plaintiff,

  v.

/ et al,

        Defendant.
                                            /

Case Number: CV11-04055 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 27, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Tony Asberry P-63853
California State Prison - Sacramento
New Folsom
P.O. Box 290066
Represa, CA 95671

Dated: September 27, 2011

                                  Richard W. Wieking, Clerk
                                  By: LISA R CLARK, Deputy Clerk